

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00201-CV

**IN RE AMAZON.COM, INC.**, Amazon Logistics, Inc.,
Amazon Flex, and Amazon.com Services, LLC

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: April 22, 2026

JOINT MOTION TO DISMISS GRANTED; PETITION FOR WRIT OF MANDAMUS
DISMISSED

Relators, Amazon.com, Inc., Amazon Logistics, Inc., Amazon Flex, and Amazon.com

Services, LLC ("Amazon Parties"), filed their petition for writ of mandamus on March 10, 2026.

We ordered the real party in interest, Sergio C. Cortes, and respondent to file their responses, if

any, by April 7, 2026. The Amazon Parties and Cortes have since filed a joint motion to dismiss.

The joint motion to dismiss is granted. *See* TEX. R. APP. P. 42.1. The petition for writ of mandamus

is dismissed.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-24642, styled *Serfio C. Cortes v. Amazon.com, Inc., et al*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.